UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER BENNETT, on behalf of herself and her minor children, | : |
| Plaintiff | : CIVIL ACTION NO. 3:12-CV-1912 |
| v. | : (JUDGE MANNION) |
| SUSQUEHANNA COUNTY CHILDREN AND YOUTH SERVICES, SUSQUEHANNA COUNTY, | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

**(1)** The plaintiff's motion for leave to file her deposition transcript, (Doc. No. 25), is **DENIED**;

**(2)** The defendants' motion to dismiss, (Doc. No. 7), is **GRANTED** with respect to Counts 1 through 9 and 11;

**(3)** Count 10 is **DISMISSED,** without prejudice, to re-filing in State Court; and,

**(4)** The Clerk of the Court is directed to **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 26, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1912-01-ORDER.wpd